## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF KANSAS

| | |
|---|---|
| **LARRY MARTEZ JAMES,** ) | |
| ) | |
| **Plaintiff,** ) | Removed from the District Court |
| ) | of Wyandotte County, Kansas |
| v. ) | |
| ) | Case No.  2019-CV-000606 |
| **ELECTRONIC SENTENCING** ) | |
| **ALTERNATIVES, INC. d/b/a** ) | |
| **ELECTRONIC SENTENCING** ) | |
| **ALTERNATIVE, d/b/a ESA, and** ) | |
| **ALCOHOL MONITORING SYSTEMS,** ) | |
| **INC., d/b/a SCRAM SYSTEMS,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT NOTICE OF REMOVAL

Please take notice that pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and District of Kansas Local Rule 81.1, Defendants, Electronic Sentencing Alternatives, Inc., d/b/a/ Electronic Sentencing Alternative ("**ESA**"), and Alcohol Monitoring Systems, Inc., d/b/a Scram Systems ("**AMS**") by and through undersigned counsel, remove the above-captioned action to this Court from the District Court of Wyandotte County, Kansas, Case No. 2019-CV-000606.

In support of their Notice of Removal, Defendants ESA and AMS state as follows:

### SUGGESTIONS IN SUPPORT

1. Plaintiff filed his Petition against Defendants on August 12, 2019, in the District Court of Wyandotte County, Kansas, entitled *Larry Martez James v. Electronic Sentencing Alternatives, Inc. d/b/a Electronic Sentencing Alternative d/b/a ESA and Alcohol Monitoring Systems, Inc., d/b/a Scram Systems*, Case No. Case No. 2019-CV-000606. A copy of that Petition is attached as *Exhibit A*.

2. Both Defendants were served on September 16, 2019. *See Exhibits B and C*.

3. A Notice of Removal must be filed within thirty days of service of process. 28 U.S.C. § 1446(b). Therefore, because this Joint Notice of Removal is being filed within 30 days of the date both of the Defendants were served with the Petition, this removal is timely.

4. Defendants remove this action based on diversity of citizenship, giving this Court jurisdiction. 28 U.S.C. § 1332. Pursuant to 28 U.S.C. § 1332, federal district courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. *Id.*

5. Plaintiff's Petition requests relief in excess of $75,000. *Exhibit A* at p. 6.

6. Plaintiff pleads that he is a resident of the State of Kansas. *Exhibit A*, p. 1.

7. Defendant ESA is a Missouri corporation and Defendant AMS is a Delaware corporation. *Id* at 1-2.

8. Accordingly, under 28 U.S.C. § 1332(a)(1)–(2), both the amount in controversy and diversity requirements are met.

9. This Court is also the proper venue because the District Court of Wyandotte County, Kansas, is located within the geographic region embraced by the Unites States District Court for the District of Kansas in Kansas City pursuant to 28 U.S.C. § 1441(a) and District of Kansas Local Rule 81.1(b)(1).

10. Pursuant to 28 U.S.C. § 1446(d), prompt written notice of this removal action is being provided to Plaintiff, through counsel of record, and to the Clerk of Court for the District Court of Wyandotte County, Kansas.

11. Pursuant to D. Kan. Rule 81.2 all other filings and proceedings had in the District Court of Wyandotte County, Kansas, Case No. 2019-CV-000606 are attached as *Exhibit D*.

12. No process, pleadings or orders, other than those attached or referenced herein, have been served.

**WHEREFORE**, the above-captioned state court action, is removed to the United States District Court for the District of Kansas.

    Respectfully submitted,

    WALDECK & PATTERSON, P.A.

    By: */s/ Matthew A. Tate*
    John M. Waldeck    KS Bar #18387
    Matthew A. Tate    KS Bar #26625
    5000 West 95th Street, Suite 350
    Prairie Village, Kansas 66207
    Ph: 913-749-0300 / Fax: 913-749-0301
    E-Mail: johnw@waldeckpatterson.com
    E-Mail: matthewt@waldeckpatterson.com
**ATTORNEYS FOR DEFENDANT ALCOHOL MONITORING SYSTEMS, INC. d/b/a SCRAM SYSTEMS**

    McDOWELL, RICE, SMITH & BUCHANAN, P.C.

    By: */s/ Jason Buchanan*
    Jason Buchanan    KS Bar #20815
    Patrick C. Guinness    KS Bar #25374
    605 W. 47th Street, Suite 350
    Kansas City, Missouri 64112
    Ph: 816-753-5400 | Fax: 816-753-9996
    E-Mail: jb@mcdowellrice.com
    E-Mail: pguinness@mcdowellrice.com
**ATTORNEYS FOR DEFENDANT ELECTRONIC SENTENCING ALTERNATIVES, INC. d/b/a ELECTRONIC SENTENCING ALTERNATIVE, d/b/a ESA**

## CERTIFICATE OF SERVICE

       I certify that on September 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using the Kansas E-Filing system, which sent notice of electronic filing to the following if they are registered:

| | |
|---|---|
| Vince P. Wheeler,  KS #12502<br>Bradley J. LaForge,  KS #20323<br>Hite, Fanning & Honeyman, L.L.P.<br>100 N. Broadway, Suite 950<br>Wichita, KS 67202-2216<br>Ph: 316-265-7741 \| Fax: 316-267-7803<br>E-mail:  wheeler@hitefanning.com<br>E-mail:  laforge@hitefanning.com<br>**ATTORNEYS FOR PLAINTIFF**<br>**LARRY MARTEZ JAMES** | Jason Buchanan,  KS #20815<br>Patrick C. Guinness, KS #25374<br>McDowell, Rice, Smith & Buchanan, P.C.<br>605 W. 47th Street, Suite 350<br>Kansas City, MO  64112<br>Ph: 816-753-5400 \| Fax: 816-753-9996<br>E-mail:  jb@mcdowellrice.com<br>E-mail:  pguinness@mcdowellrice.com<br>**ATTORNEYS FOR DEFENDANT**<br>**ELECTRONIC SENTENCING**<br>**ALTERNATIVES, INC. d/b/a**<br>**ELECTRONIC SENTENCING**<br>**ALTERNATIVE, d/b/a ESA** |

          */s/ Matthew A. Tate*
**ATTORNEYS FOR DEFENDANT ALCOHOL MONITORING SYSTEMS, INC. d/b/a SCRAM SYSTEMS**